IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

RAZA SIKANDAR,
    Petitioner,
v.                                                     Civil No. 3:24cv67 (DJN)

SHERIFF, LOUDON COUNTY, VIRGINIA, *et al.*,
    Respondent.

**MEMORANDUM OPINION**

Petitioner, a "civil detainee for child support arrears," submitted a 28 U.S.C. § 2241 Petition. (ECF No. 1 at 1 (capitalization corrected).) Petitioner sought release from custody. Petitioner has been released from custody. (ECF No. 3.) Accordingly, by Memorandum Order entered on April 19, 2024, (ECF No. 6), the Court directed Petitioner, within twenty (20) days of the date of entry thereof, to show cause why the action should not be dismissed as moot. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998) (observing that petitioner's release caused his habeas petition to be moot).

More than twenty (20) days have elapsed since the entry of the April 19, 2024 Memorandum Order. Petitioner has not responded. Accordingly, the action will be DISMISSED AS MOOT.

An appropriate order will accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Petitioner.

                                                                                /s/
                                                       David J. Novak
                                                     United States District Judge

Richmond, Virginia
Dated: June 4, 2024